IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMELIA RIOS, ROBERT GREEN <br> and SAYRA GREEN, <br><br> Plaintiffs, <br><br> v. <br><br> CIOX HEALTH, LLC, HEALTHPORT <br> TECHNOLOGIES, LLC, SCANSTAT, <br> L.P., NORTH SHORE AGENCY, INC., <br> NIX HOSPITALS SYSTEM, LLC, and <br> PARTNERS IN PRIMARY CARE, P.A., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil Action No. 5:18-CV-00538-FB <br> § <br> § <br> § <br> § <br> § <br> § |

**Supplemental Exhibits to Nix Hospitals System, LLC and ScanSTAT, L.P's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ( Doc. 27.)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMELIA RIOS, ROBERT GREEN and SAYRA GREEN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | |
| CIOX HEALTH, LLC, HEALTHPORT TECHNOLOGIES, LLC, SCANSTAT, L.P., NORTH SHORE AGENCY, INC., NIX HOSPITALS SYSTEM, LLC, and PARTNERS IN PRIMARY CARE, P.A., | § § § § § § § | Civil Action No. 5:18-CV-00538-FB |
| Defendants. | § § | |

## DECLARATION OF CHAD TILLMAN

I, Chad Tillman, declare as follows:

1. The facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth below. I am the Vice President of Client Services with ScanSTAT Technologies, L.P. I submit this declaration in support of Nix Hospitals System, LLC and ScanSTAT, L.P's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). Doc. 27.

2. Attached hereto as **Exhibit E** is a true and correct copy of the invoice # 7827BCB32A694A44AB87 which reflects charges related to the May 27, 2016 and May 31, 2016 requests for the medical records of Amelia Rios submitted by Riley & Riley Attorneys at Law ("Riley").

3. Attached hereto as **Exhibit F** is a true and correct copy of the invoice # 06697ACFD4894A6EA27D which reflects charges related to the November 18, 2016 request for the medical records of Sayra Green submitted by Riley.

4. Attached hereto as **Exhibit G** is a true and correct copy of invoice # 08FBA9FFDEC64CD7B620 which reflects charges related to the September 1, 2017 request for medical records of Robert Green submitted by Riley.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of August, 2018.

Chad Tillman
VP of Client Services

JEFFREY LONG
Notary Public, State of Texas
Comm. Expires 07-11-2020
Notary ID 130733651

Sworn to and subscribed before me this 13th day of August, 2018.
My commission expires 7/11/2020.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, the Declaration of Chad Tillman, was electronically filed with the Clerk of the Court using the ECF-system for the Western District of Texas and that the ECF-system will send a Notice of Electronic Filing to the all counsel of record on this the 13th day of August, 2018:

                                                  /s/*Charles A. Deacon*
                                                  Charles A. Deacon

# EXHIBIT E



**ScanSTAT TECHNOLOGIES**
288 S Main St
Suite 600
Alpharetta, GA 30009-7916
(770) 569-2445

Billing Date: 6/1/2016
Due Date: 7/1/2016
Amount Due: $84.17
Invoice #: 7827BCB32A694A44AB87

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| RILEY & RILEY ATTORNEYS AT LAW<br>320 LEXINGTON AVENUE<br>SAN ANTONIO, TX 78215 | NAME: AMELIA RIOS<br>MRN: 565938 | RILEY & RILEY ATTORNEYS AT LAW<br>320 LEXINGTON AVENUE<br>SAN ANTONIO, TX 78215 |

**MEDICAL RECORD SOURCE**

Records were ordered from: NIX MEDICAL CENTER - TX
414 NAVARRO
SAN ANTONIO, TX 78205

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $45.74 | $45.74 |
| 1 | Shipping | $1.30 | $1.30 |
| 1 | Digital Copy - Copy Fee 1-1 | $37.13 | $37.13 |
|  | Subtotal |  | $84.17 |
|  | Sales Tax |  | $0.00 |
|  | **AMOUNT DUE** |  | $84.17 |

**IMPORTANT NOTICE:**
In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency!
50% Cancellation Fee!

**MESSAGES**

These records were processed by a ScanSTAT affiliate company. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------

**INSTRUCTIONS**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

For questions regarding your account or invoice
(770) 569-2445 Mon - Fri 8:00AM - 5:00PM ET
Email - cust-service@ScanSTAT.com

RILEY & RILEY ATTORNEYS AT LAW
320 LEXINGTON AVENUE
SAN ANTONIO, TX 78215

Federal Tax ID#: 27-0786975

We now accept credit card payments by phone

Billing Date: 6/1/2016
Due Date: 7/1/2016
Amount Due: $84.17
Invoice #: 7827BCB32A694A44AB87

**ScanSTAT Technologies**
288 S Main St Suite 600
Alpharetta, GA 30009-7916

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)



7827BCB32A694A44AB87

# EXHIBIT F


**ScanSTAT TECHNOLOGIES**
288 S Main St
Suite 600
Alpharetta, GA 30009-7916
(770) 569-2445

Billing Date: **11/21/2016**
Due Date: **12/21/2016**
Amount Due: **$91.28**
Invoice #: **06697ACFD4894A6EA27D**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| RILEY & RILEY<br>320 LEXINGTON AVE<br>SAN ANTONIO, TX 78215 | NAME: SAYRA GREEN<br>MRN: 720007 | RILEY & RILEY<br>320 LEXINGTON AVE<br>SAN ANTONIO, TX 78215 |

**MEDICAL RECORD SOURCE**

Records were ordered from: NIX MEDICAL CENTER - TX
414 NAVARRO
SAN ANTONIO, TX 78205

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $45.74 | $45.74 |
| 1 | Shipping | $1.30 | $1.30 |
| 1 | Certification Fee | $1.00 | $1.00 |
| 1 | Notary | $6.00 | $6.00 |
| 1 | Digital Copy - Copy Fee 1-1 | $37.24 | $37.24 |
| | Subtotal | | $91.28 |
| | Sales Tax | | $0.00 |
| | **AMOUNT DUE** | | **$91.28** |

### IMPORTANT NOTICE:
In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency!
50% Cancellation Fee!

**MESSAGES**

These records were processed by a ScanSTAT affiliate company. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

--- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ---

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**INSTRUCTIONS**
1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

For questions regarding your account or invoice
(770) 569-2445 Mon - Fri 8:00AM - 5:00PM ET
Email - cust-service@ScanSTAT.com
**Federal Tax ID#: 27-0786975**

RILEY & RILEY
320 LEXINGTON AVE
SAN ANTONIO, TX 78215

We now accept credit card payments by phone 

Billing Date: **11/21/2016**
Due Date: **12/21/2016**
Amount Due: **$91.28**
Invoice #: **06697ACFD4894A6EA27D**

**ScanSTAT Technologies**
288 S Main St Suite 600
Alpharetta, GA 30009-7916

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)


06697ACFD4894A6EA27D

# EXHIBIT G



ScanSTAT TECHNOLOGIES
P.O. Box 2480
Roswell, GA 30077-2480
(770) 569-2445

Billing Date: **10/3/2017**
Due Date: **11/2/2017**
Amount Due: **$92.30**
Invoice #: **08FBA9FFDEC64CD7B620**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| RILEY & RILEY<br>320 LEXINGTON AVE<br>SAN ANTONIO, TX 78215 | NAME: ROBERT GREEN<br>MRN: 690034 | RILEY & RILEY<br>320 LEXINGTON AVE<br>SAN ANTONIO, TX 78215 |

**MEDICAL RECORD SOURCE**

Records were ordered from:   NIX ORTHO SURGERY CLINIC - TX 003
414 NAVARRO, SUITE 1128
SAN ANTONIO, TX 78205

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 1 | Shipping | $1.30 | $1.30 |
| 1 | Certification Fee | $15.00 | $15.00 |
| 1 | Notary | $6.00 | $6.00 |
| 20 | Duplication Fee 1-20 | | $0.00 |
| 90 | Duplication Fee 21-9999 | $0.50 | $45.00 |
| | Subtotal | | $92.30 |
| | Sales Tax | | $0.00 |
| | **AMOUNT DUE** | | **$92.30** |

### IMPORTANT NOTICE:
In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------

**INSTRUCTIONS**
1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

For questions regarding your account or invoice
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

RILEY & RILEY
320 LEXINGTON AVE
SAN ANTONIO, TX 78215

We accept credit card payments by phone

Billing Date: **10/3/2017**
Due Date: **11/2/2017**
Amount Due: **$92.30**
Invoice #: **08FBA9FFDEC64CD7B620**

**ScanSTAT Technologies**
P.O. Box 2480
Roswell, GA 30077-2480

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)



08FBA9FFDEC64CD7B620