

DARBY RILEY
BOARD CERTIFIED/CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
darbyriley@rileylawfirm.com

CHARLES A. RILEY, P.C.
charlesriley@rileylawfirm.com

CHRIS RILEY, M.A.
LEGAL ASSISTANT

April 2, 2019

County Clerk's Office - Central Filing
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

U.S. District Clerk's Office
655 E. Durango
San Antonio, Texas 78205

Probate Court Clerks
Probate Courts No. 1 and No. 2
Bexar County Courthouse
San Antonio, Texas 78205

Kendall County District Clerk
201 E. San Antonio Ave. #127
Boerne, Texas 78006

Comal County District Clerk
150 N. Seguin, Suite 304
New Braunfels, Texas 78130

Bexar County District Courts
Jury Assignments
Attn:  Christine Torres
San Antonio, Texas 78205

Hon. Mary Angie Garcia
Bexar County District Clerk
Paul Elizondo Tower
101 W Nueva, Suite 217
San Antonio, Texas 78205

Supreme Court of Texas
P.O. Box 12248
Austin Texas 78711

Atascosa County Courthouse
1 Courthouse Circle Dr.
Jourdanton, TX 78026

U.S. Clerk's Office*
655 E. Durango
San Antonio, Texas 78206

RE:   Vacation Letter for 2019- Charles Riley

Dear Clerks,

Please do not set me for any jury trials or other hearings that conflict with the following vacation days:

 April 24-26, 2019

 May 24 – 27, 2019

 July 29 – August 2, 2019

 December 22, 2019 – January 2, 2020

I have enclosed an extra copy of this letter with the request that you forward to me a file-stamped, conformed copy in the self-addressed, stamped envelope I have provided for your convenience. By copy of this letter, I am notifying opposing counsel of same.

Thank you for your cooperation in this matter.

        Very truly yours,

        Charles Riley

CAR/js

\* Cause No.: 5:18-CV-00538-FB; *Amelia Rios, Robert Green and Sayra Green v. Ciox Health, LLC, Healthport Technologies, LLC and Scanstat, L.P.*

Cc:

| Name | Contact |
|---|---|
| David R. Tippetts | Via Fax: (713) 244-0801 |
| | Via E-mail: david.tippetts@wtllaw.com |
| Jason P. Hartman | Via E-mail: jason.hartman@wtllaw.com |
| Lindsay Leifeste | Via Fax: (210) 734-0379 |
| Lewin Plunkett | Via Email: LPlunkett@pg-law.com |
| | Via Email: LHurt@pg-law.com |
| Melanie Castillo | Via Fax: (210) 630-4210 |
| | Via Email: mcastillo@casnlaw.com |
| George T. Jackson | Via Fax: (713) 622-8077 |
| | Via Email: Gjackson.atty@bushramirez.com |
| Kaitlyn O' Hara | Via Fax: (512) 231-4704 |
| | Via Email: AustinLegal@mercuryinsurance.com |
| Mark L. Medley | Via Fax: (210) 490-7998 |
| | Via Email: mlm@medleylaw.com |
| Michael Patterson | Via Fax: (877) 684-4166 |
| | Via Email: SanAntonioLegal@allstate.com |

| | |
|---|---|
| Mark P. Brewster | Via Fax: (210) 437-1233 |
| | Via Email: mark@markbrewsterlaw.net |
| Edward L. Pina | Via Fax: (210) 614-6403 |
| | Via Email: epina@arielhouse.com |
| Scott A. Seelhoff | Via Fax: (361) 884-5291 |
| | Via Email: sseelhoff@umhlaw.com |
| Robert F. Ritter | Via Fax: (210) 732-2458 |
| | Via Email: lawritter55@yahoo.com |
| Scott P. Jones | Via Fax: (210) 979-7810 |
| | Via Email: sjones@brock.law |
| Edward T. Hecker | Via Fax: (210) 222-9540 |
| Peter B. Gostomski | Via Email: ed@ghlawyers.net |
| | Via Email: peter@ghlawyers.net |
| Kathleen Hurren | Via Fax: (210) 341-6939 |
| | Via Email: kathleen@hurrenlaw.com |
| Joyce W. Moore | Via Fax: (210) 735-6889 |
| | Via Email: jwmoore@langleybanack.com |
| Annalyn G. Smith | Via Fax: (210) 447-8036 |
| | Via Email: asmith@sr-llp.com |
| Alexander D. Good | Via Email: agood@lstlaw.com |
| David R. Stephens | Via Email: dstephens@lstlaw.com |
| Benjamin R. Bingham | Via Fax: (210) 224-0141 |
| Royal B. Lea, III | Via Email: ben@binghamandlea.com |
| | Via Email: royal@binghamandlea.com |
| Edward F. Fernandes | Via Fax: (512) 541-5049 |
| | Via Email: efernandes@hunton.com |
| Laura T. Wagner | Via Fax: (404) 888-4190 |
| Ashley Cummings | Via Email: efernandes@hunton.com |
| | Via Email: lwagner@hunton.com |
| Richard G. Foster | Via Fax: (210) 736-1992 |
| Raj Aujla | Via Email: rfoster@prdg.com |
| | Via Email: raujla@prdg.com |
| Charles A. Deacon | Via Fax: (210) 270-7205 |
| Alicia M. Grant | Via Email: charlie.deacon@nortonrosefulbright.com   Via Email: alicia.grant@nortonrosefulbright.com |
| Jason R. Jobe | Via Fax: (214) 871-8209 |
| | Via Email: jjobe@thompsoncoe.com |
| Letty P. Aguilar | Via Fax: (512) 708-8777 |
| | Via Email: LAguilar@thompsoncoe.com |
| Richard N. Francis | Via Fax: (210) 610-3930 |
| | Via Email: SanAntonioHC@progressive.com |
| Grant E. Adami, III | Via Fax: (210) 344-7228 |
| Zach Edwards | Via Email: tadami@adamilaw.com |
| | Via Email: zedwards@adamilaw.com |

| | |
|---|---|
| David P. Benjamin | Via Fax: (210) 881-0668 |
| | Via Email: dbenjamin@benlawsa.com |
| Reagan Marble | Via Fax: (210) 226-8395 |
| | Via Email: rmarble@jw.com |
| Zach Zurek | Via Email: zzurek@jw.com |
| Sean B. McNelis | Via Fax: (210) 826-2451 |
| Richard C. McSwain | Via Email: sean@mcnelisassociates.com |
| | Via Email: richard@mcnelisassociates.com |
| Wallace B. Jefferson | Via Fax: (512) 482-9303 |
| Amy Warr | Via Email: wjefferson@adjtlaw.com |
| Alexandra Wilson Albright | Via Email: awarr@adjtlaw.com |
| | Via Email: aalbright@adjtlaw.com |