IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMELIA RIOS, ROBERT GREEN, SAYRA GREEN, | § § § § § § | |
| *Plaintiffs,* | § § | SA-18-CV-00538-ESC |
| vs. | § § | |
| PARTNERS IN PRIMARY CARE, P.A., SCANSTAT. L.P., D/B/A SCANSTAT TECHNOLOGIES; NIX HOSPITALS SYSTEM, LLC, DBA NIX MEDICAL CENTER AND DBA NIX HEALTHCARE SYSTEM, DBA NIX PHYSICIAN CARE CENTERS; NORTH SHORE AGENCY INC., HEALTHPORT TECHNOLOGIES, LLC, DBA HEALTHPORT; AND CIOX HEALTH, LLC, DBA HEALTHPORT AND DBA CIOX HEALTH; | § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER CANCELING HEARING

On July 30, 2019, the Court entered an order resetting a hearing on Plaintiffs' Motion for Leave to Amend Complaint and to Join Additional Parties [#76] for August 7, 2019. On this day, the parties filed Defendants' Advisory as to Non-Opposition to Plaintiffs' Motion for Leave to Amend Complaint [#94], informing the Court that no Defendant opposes the relief requested by Plaintiffs in their motion. Accordingly,

**IT IS HEREBY ORDERED** that the hearing set for August 7, 2019 on Plaintiffs' Motion for Leave to Amend Complaint and to Join Additional Parties [#76] is **CANCELED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint and to Joint Additional Parties [#76] is **GRANTED**.

1

**IT IS FINALLY ORDERED** that the District Clerk docket Plaintiffs' proposed Fourth Amended Complaint [#76-1].

SIGNED this 2nd day of August, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE