IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMELIA RIOS, ROBERT GREEN, SAYRA GREEN, <br><br>*Plaintiffs,*<br><br>vs.<br><br>SCANSTAT. L.P., D/B/A SCANSTAT TECHNOLOGIES; AND NIX HOSPITALS SYSTEM, LLC, DBA NIX MEDICAL CENTER AND DBA NIX HEALTHCARE SYSTEM, DBA NIX PHYSICIAN CARE CENTERS;<br><br>*Defendants.* | § § § § § § § § § § § § § § § | SA-18-CV-00538-ESC |

## CASE CLOSING ORDER

Before the Court is the above-styled cause of action. The record reflects that on December 17, 2020, Plaintiffs Amelia Ross, Robert Green and Sayra Green voluntarily dismissed their claims against Defendants Nix Hospital System, LLC and ScanSTAT, L.P. [#26]. Accordingly, all the claims in this lawsuit have been dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 18th day of December, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE